929 P.2d 1288

ALTA VISTA PLAZA, LTD., a California Limited Partnership, dba Alta Vista Plaza Limited Partnership; Wausau Insurance Companies, a Wisconsin corporation, as subrogee, Plaintiffs/Appellees/Cross–Appellants,

v.

INSULATION SPECIALISTS COMPANY, INC., an Arizona corporation; William Mayfield and Jane Doe Mayfield, husband and wife, Defendants/Appellants/Cross–Appellees.

No. CV–96–0018–PR.

Supreme Court of Arizona.

Dec. 20, 1996.

### ORDER

After hearing oral argument and considering further the pleadings filed, it appears to the Court that the grant of review in this case was improvident. Therefore,

IT IS ORDERED that the order granting review in this case is vacated.

IT IS FURTHER ORDERED that the Petition for Review and the Cross–Petition for Review are denied.

FELDMAN, C.J., did not participate in the determination of this matter.